**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of January two thousand twenty-three,

_____

Les Investissements Kiz Inc., Lead Plaintiff, UAT Trading Service, Inc., Lead Plaintiff,

       Plaintiffs - Appellants,

Tiandong Tang, individually and on behalf of all others similarly situated, Margaretha Welkhammer, Jimmie A. McAdams, Individually and on Behalf of All Others Similarly Situated, Judy P. McAdams, Individually and on Behalf of All Others Similarly Situated, Herbert Silverberg, Derivatively on Behalf of Nominal Defendant Eastman Kodak Company,

       Plaintiffs,

v.

Eastman Kodak Company, James V. Continenza, David Bullwinkle, Roger W. Byrd, Philippe D. Katz, Richard Bradley, Jason New, Jeffrey Engelberg, William G. Parrett, George Karfunkel,

       Defendants - Appellees.
_____

**ORDER**
Docket No. 22-2788

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/26/2023